

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 4, 2021

**<u>Via electronic filing</u>**
Hon. Renee Marie Bumb, U.S.D.J.
United States District Court
4th & Cooper Streets
Camden, NJ 08101

  Re: *Charles Clark, III, et al. v. Governor Philip D. Murphy, et al.*
     Civil Action No. 1:20-cv-6805-RMB-JS

Dear Judge Bumb:

  Earlier this afternoon Plaintiffs filed a letter (Dkt. 64) requesting that their deadline to file opposition to the motion to dismiss filed by Defendants Murphy, Grewal, and Callahan (Dkt. 55) be extended to February 16, 2020, with Defendants' reply due February 23, 2020. Defendants consent to this request.

  Thank you for the Court's attention to this matter.

          Respectfully submitted,

          GURBIR S. GREWAL
          ATTORNEY GENERAL OF NEW JERSEY

        By: <u>/s/ Daniel M. Vannella</u>
          Daniel M. Vannella (NJ Bar # 015922007)
          Assistant Attorney General

cc: all counsel of record (ECF)

